IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **KENNETH ALVIS, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 06-0195-CG-B |
| | ) |
| **LESLIE HINES, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

This matter came on for a pretrial conference on Monday, July 9, 2007, at which time the court questioned the parties concerning the need for this lawsuit to be tried in federal court, as the only causes of action remaining after the partial summary judgment are state causes of action of very limited monetary value. As the statute of limitations has not run on the two state causes of action remaining, the parties agreed that this case should be dismissed.

Accordingly, it is hereby **ORDERED** that Counts Five and Twenty-Four[1] are **DISMISSED.**

Judgment will be entered by separate Order.

**DONE** and **ORDERED** this 10th day of July, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Order granting Summary Judgment (Doc. 21), incorrectly identified the counts remaining in the case as Five and Twenty-Two. As pointed out by the parties in Footnote One of the Pretrial Order (Doc. 23), Counts Five and Twenty-Four, not Counts Five and Twenty-Two, were undisturbed by that Order.