IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **KENNETH ALVIS, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO. 06-0195-CG-B** |
| ) | |
| **LESLIE HINES, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT

In accordance with the Order granting defendant's motion for summary judgment entered on April 20, 2007 (Doc. 21) and the Order entered this date dismissing Counts Five and Twenty-Four, it is hereby **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of the defendants and against the plaintiffs.

Therefore, this action is **DISMISSED.** All counts except Counts Five and Twenty-Four are dismissed **WITH PREJUDICE**. Counts Five and Twenty-Four are subject to re-filing in State Court.

Costs are taxed against the plaintiffs.

**DONE and ORDERED** this the 10th day of July, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE